IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00898-WDM-MJW

SUE A. VOLZ,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.
QWEST DISABILITY PLAN,
REED GROUP,

    Defendants.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's Amended Complaint filed September 1, 2005, is stricken for failure to comply with D.C.COLO.LCivR 10.1E.  Plaintiff shall refile a proper amended complaint on or before September 12, 2005.

Dated:  September 1, 2005

                                                  /s/ Jane Trexler, Secretary/Deputy Clerk