IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-CV-00898-WDM-MJW

SUE A. VOLZ,

Plaintiff(s),

v.

QWEST COMMUNICATIONS CORP, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 20) is APPROVED as amended in paragraphs 6 c and 9 in the written Stipulated Protective Order and made an Order of Court.

Date: September 1, 2005