Case 1:05-cv-00898-WDM-MJW Document 31 Filed 11/14/2005 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00898-WDM-MJW

SUE A. VOLZ,

        Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.,
QWEST DISABILITY PLAN,
REED GROUP,

        Defendants.

---

**ORDER GRANTING EXENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR ADMISSIONS, AND REQUESTS FOR PRODUCTION**
( Docket No. 31 )

---

THIS MATTER came before the Court upon the parties' Stipulation for Extension of Time for Defendants to Respond to Plaintiff's First Set of Interrogatories, Request for Admissions, and Requests for Production.

THE COURT having reviewed the pleading, and being fully advised in the premises, finds sufficient cause to grant the parties' request.

IT IS THEREFORE ORDERED that the Defendants are granted a fourteen day extension of time, up to and including November 28, 2005, within which to respond to Plaintiff's First Set of Interrogatories, Request for Admission and Requests for Production.

Case 1:05-cv-00898-WDM-MJW   Document 31   Filed 11/14/2005   Page 2 of 2

Done this 16TH day of November, 2005.

BY THE COURT:

_____
District Court Judge/Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE